IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STACEY JONES,[1] | § | |
| | § | No. 480, 2014 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County, |
| WESLEY CLARKSON, | § | File No. CN07-03372 |
| | § | Petition No. 13-25605 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: February 2, 2015
Decided: February 4, 2015

## ORDER

This 4th day of February 2015, it appears to the Court that:

(1) On September 2, 2014, the appellant filed a notice of appeal from a Family Court order modifying custody of the parties' minor child. After this Court granted in part the appellant's motion for an extension to file an opening brief, the appellant's opening brief and appendix were due on or before December 15, 2014.

(2) On December 24, 2014, the Chief Deputy Clerk sent a notice of brief delinquency to the address provided by the appellant. On January 2, 2015, the Chief Deputy Clerk issued a Supreme Court Rule 29(b) notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

her failure to file an opening brief and appendix. The notice to show cause was sent again, by first class mail, to the appellant.

(3)    The appellant has failed to respond to the notices to show cause and still has not filed an opening brief. Under these circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice

2